UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO ESCOBAR,<br><br>       Plaintiff,<br><br>-against-<br><br>1320 YORK DELI CORP. d/b/a RIVER EAST DELI and ANTONIO BUTSIKARES,<br><br>       Defendants. | **20 Civ. 04413 (KPF)**<br><br><br>**JUDGMENT** |

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on December 2, 2020; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Carmelo Escobar and against Defendants 1320 York Deli Corp. d/b/a River East Deli and Antonio Butsikares, jointly and severally, in the amount of $75,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
    December 3, 2020

SO ORDERED.

_____
Katherine Polk Failla, U.S.D.J.

```
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.
```